U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 1 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| DAVID A. FUSELIER<br>FED. REG. NO. 11580-035 | CIVIL ACTION NO. 07-1797 |
| -vs- | JUDGE DRELL |
| FREDRICK MENIFEE, WARDEN | MAGISTRATE JUDGE KIRK |

---

## JUDGMENT

Before us is the Report and Recommendation of the Magistrate Judge recommending that petitioner's Application for Federal Writ of Habeas Corpus under 28 U.S.C. § 2241 be denied and dismissed with prejudice. We adopt the Report and Recommendation with the following modification:

Petitioner claims in part that the Bureau of Prisons has not credited him for time served in Calcasieu Parish. After briefly discussing the possibility of relief under 18 U.S.C. § 3585 for such a claim, the Report and Recommendation states that "[t]he record presently before the court is insufficient to establish whether this provision applies to petitioner's case." (Doc. 2, p. 6). However, Exhibit B to petitioner's objections clearly shows that petitioner has been in custody of the Bureau of Prisons since April 10, 2003 and lists his time served in Calcasieu Correctional Center in the Remarks section. (Doc. 3, p. 10). Thus, the record before us clearly shows that he was given credit for the time served there, and he is not entitled to any relief on that ground.

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the relevant findings and recommendations are correct under the applicable law, subject to the above modification:

**IT IS ORDERED** that petitioner's Application for Federal Writ of Habeas Corpus under 28 U.S.C. § 2241 which alleges that he is in custody in violation of the Constitution and laws of the United States be **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that petitioner's Application for Federal Writ of Habeas Corpus under 28 U.S.C. § 2241 which alleges that the Bureau of Prisons has erroneously calculated sentence credits be **DENIED** and **DISMISSED WITH PREJUDICE** based on evidence showing that petitioner has already been credit for time served in Calcasieu Parish.

SIGNED on this _____ day of December, 2007 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE